# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARTIN R. CZECK,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-cv-399-DRH** |
| | ) | |
| **UNITED STATES of AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On April 6, 2009, Petitioner Martin R. Czeck moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure (Doc. 6). Voluntary withdrawal of this case is Czech's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE.**

**IT IS SO ORDERED.**

**DATED: April 7, 2009.**

/s/  DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**