IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARTIN R. CZECK,

Petitioner,

v.

UNITED STATES OF AMERICA,

Defendant.                                                No. 08-0399-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Czeck's motion to request for the transfer of § 2241 habeas corpus to the custody state (Doc. 8). Said motion is **DENIED as moot**. On April 7, 2009, the Court dismissed without prejudice and closed Czeck's case pursuant to his motion to voluntarily dismiss his action (Docs. 6 & 7).

**IT IS SO ORDERED.**

Signed this 22nd day of April, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**